

```
FILED
CLERK, U.S. DISTRICT COURT

DEC 2 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA 15-602 M |
| Jonathan M. Pippin DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __12/22/15__, _____, at __1:45__ ☐a.m. /☒p.m. before the Honorable __Karen Scott__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/21/15__                    /s/ Karen E. Scott
                                       U.S. District Judge/Magistrate Judge
                                       **KAREN E. SCOTT**